**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

NATIVE VILLAGE OF CHICKALOON et al.,

     Plaintiffs,

                                Case Number 3:12-cv-00102-SLG

v.

NATIONAL MARINE FISHERIES
SERVICE et al.,

     Defendants.           **JUDGMENT IN A CIVIL CASE**

\_\_ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered in the Order re Motion for Summary Judgment, filed May 28, 2013 at Docket 74.

        IT IS ORDERED AND ADJUDGED:

that Plaintiff Native Village of Chickaloon et al., recover of defendant National Marine Fisheries Service et al., attorney's fees in the amount of $_____ and plaintiffs' cost of action in the amount of $_____ for a total judgment of $_____ with postjudgment interest thereon at the rate of _____% as provided by law.

*NOTE: **Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.***

Date: June 20, 2013

                                                Marvel Hansbraugh
                                                Marvel Hansbraugh,
                                                Clerk of Court

[Jmt1-with fees and costs-revised 1-30-06]